ACCEPTED
01-14-00527-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/8/2015 3:28:29 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-14-00527-CR

| | | |
|---|---|---|
| FEANYICHI UVUKANSI | X | IN THE COURT OF APPEALS |
| | X | |
| | X | |
| VS. | X | FOR THE STATE OF TEXAS |
| | X | |
| | X | |
| THE STATE OF TEXAS | X | 1ST JUDICIAL DISTRICT |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/8/2015 3:28:29 PM
CHRISTOPHER A. PRINE
Clerk

### MOTION FOR EXTENSION OF TIME
### TO FILE APPELLANT'S BRIEF

COMES NOW, FEANYICHI UVUKANSI, Appellant, and moves for an extension of three (3) days in which to file the Appellant's brief, until and including March 9, 2015, and would further show as follows:

A. The deadline for filing the brief in this cause was March 6, 2015;

B. A request is hereby made for an extension of time to file the Appellant's Brief, until and including March 9, 2015;

C. The undersigned attorney, Bob Wicoff, has e-filed the Appellant's Brief in this capital murder appeal on Sunday, March 8, 2015. He was unable to timely file it by March 6, 2015 due its unusual length and complexity, and due to numerous unforeseen interruptions.

D. Three previous extensions have been granted. Since the brief has now been e-filed, no further extensions are needed.

Respectfully submitted,

**ALEXANDER BUNIN**
Chief Public Defender
Harris County Texas

/s/ Bob Wicoff
**BOB WICOFF**
1201 Franklin, Thirteenth Floor
Houston Texas 77002
(713) 274-6781
TBA No. 21422700
Bob.wicoff@pdo.hctx.net

## CERTIFICATE OF SERVICE

A true copy of this motion has been served electronically on the Harris County

District Attorney's Office Appellate Division on the 8th day of March, 2015.

/s/ Bob Wicoff
**BOB WICOFF**